IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| GRIFFIN BROADBAND COMMUNICATIONS, INC.; TOTAL TV OF FORT IRWIN, LLC, | ) | |
| Plaintiffs, | ) | No. 06-898C (Judge Christine O.C. Miller) |
| v. | ) | |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

DEFENDANT'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME

Pursuant to Rule 6(b)(1) and 6.1 of the United States Court of Federal Claims (RCFC), defendant United States respectfully requests a forty-five day enlargement of time, to and including April 12, 2007, to file a response to the complaint. Our response is currently due on February 26, 2007. This is defendant's first request for an enlargement for this purpose. On February 21, 2007, counsel for defendant spoke with Robert K. Steinberg, counsel for the plaintiffs, whe indicated that he does not oppose this motion.

Upon being assigned responsibility for this matter, defendant's counsel promptly forwarded a copy of the complaint to the Army. Counsel was first able to speak to the agency counsel on January 25, 2007. The agency has advised us that it will be unable to provide counsel with the statutorily required litigation report in sufficient time for counsel to prepare a response to the complaint by the current due date. The procurement and administration files regarding this contract were in storage and the Army required more time than originally anticipated to locate, retrieve, and review the files. Additionally, the agency counsel assigned to this case has been on leave for three

weeks, only returning on February 20, 2007.

This enlargement is necessary to ensure adequate time for the agency to prepare a litigation report, as well as adequate time for counsel to prepare a thorough response, and to obtain the necessary supervisory review of the Government's response.

For the foregoing reasons, defendant respectfully requests the Court to grant this motion for enlargement of time of forty-five days, to and including, April 12, 2007, within which to file a response to the plaintiff's complaint.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Acting Director

MARK A. MELNICK
Assistant Director

/s/ Joan M. Stentiford
JOAN M. STENTIFORD
Trial Attorney
Commercial Litigation Branch
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street
Washington, D.C. 20530
Tele: (202) 616-0341
Fax: (202) 514-8624

February 21, 2007

Attorneys for Defendant

CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on this __21st__ day of February, 2007, the foregoing “DEFENDANT’S MOTION FOR AN ENLARGEMENT OF TIME”, was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

__/s/ Joan M. Stentiford___
JOAN M. STENTIFORD