ORIGINAL

FILED
MAY 1 2007
U.S. COURT OF FEDERAL CLAIMS

By leave of the Judge

No. 06-898C
(Judge Christine O.C. Miller)

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

GRIFFIN BROADBAND COMMUNICATIONS, INC,
TOTAL TV OF FORT IRWIN, LLC.

Plaintiffs,

V.

THE UNITED STATES,

Defendant.

# REQUEST FOR EXTENSION OF TIME TO FILE RESPONSE TO MOTION TO DISMISS

ROBERT K. STEINBERG
Attorney for Plaintiff
12304 Santa Monica Blvd.
Los Angeles, CA 90025
Tel: (310)-447-1811
Fax: (310-447-1815

# DECLARATION

I, Robert K. Steinberg, Declare:

I am an attorney al law licensed to practice before this Court.

I received notice on April 18, 2007 that the Reply to the Motion to Dismiss is due on May 14, 2007.

I am having surgery on April 30, 2007 with a six-week recovery time.

I respectfully request that the time to reply to the Motion to Dismiss be extended to August 1, 2007.

I have informed opposing counsel and there is no objection.

I declare under penalty of perjury according to the laws of the state of California, the above is true.

Dated: April 18, 2007.

------------------------

Robert K. Steinberg

ORDER

GOOD CAUSE BEING SHOWN: The Court orders the time to Reply to the Motion to Dismiss is extended to August 1, 2007.

Dated:

---------------------------------
Christine O.C. Miller
Judge, U.S. Court of Federal Claims

# PROOF OF SERVICE

STATE OF CALIFORNIA
COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 12304 Santa Monica Boulevard, Third Floor, Los Angeles, CA 90025-2558.

On April 18, 2007 I served the foregoing documents described as:
**Request for Extension** on:

Joan M. Stentiford, Esq.
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. It is deposited with U.S. postal service on that same day in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare that I am employed in the office of a member of the bar of this court as whose direction the service was made.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Dated: April 19, 2007

Laura Isidoro
Laura Isidoro

# U. S. COURT OF FEDERAL CLAIMS DEFICIENCY MEMORANDUM

Docket No. 06-898 C

TO: Judge C. Miller

FROM: Clerk's Office

The attached was received on 4/24/2007 and the following defect(s) is/are noted:

- [ ] Wrong PDF attached
- [ ] Wrong event used ______________________
- [ ] PDF over 2MB size limit
- [ ] PDF not readable or wrong formatting
- [ ] Untimely, due to be filed by __________ [ Rule 7.1or Order dated ]
- [ ] Not signed by the attorney of record: ______________________ [ Rule 11 and 83.1(c)(2) ]
- [ ] Proof of service (for by hand service) is not signed or dated [ Rule 5.1 ]

Does not comply with the provisions of Rule:

- [ ] 7(b) re: brief, supporting memorandum, affidavits shall be attached to motion
- [ ] 56(h) re: proposed findings or response to proposed findings is missing/not a separate document
- [ ] 52.1(b) re: statement of facts or counter-statement of facts is missing.
- [ ] 5.2(a)(1)(A) re: table of contents/index to appendix is missing or in the wrong location
- [ ] 5.2(a)(1)(G) re: index to appendix / exhibits is to be located in both the front of the brief and in front of an attached appendix
- [ ] 5.2(b) re: length of briefs or memoranda
- [ ] 5.3(g) re: judge's name on all filings
- [ ] 10(a) re: caption is incorrect
- [ ] ________ re:
- [ ] No provision in the Rules for the filing of this item
- [x] This is an ECF Case. Motion must be filed electronically or by leave of judge.

Filed by leave of Court 5/1/07

s/ Laurie Gray
Deputy Clerk