IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| GRIFFIN BROADBAND COMMUNICATIONS, INC.; TOTAL TV OF FORT IRWIN, LLC, | ) | |
| Plaintiffs, | ) | No. 06-898C (Judge Christine O.C. Miller) |
| v. | ) | |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

DEFENDANT'S UNOPPOSED MOTION
FOR ENLARGEMENT OF TIME

Pursuant to Rule 6(b)(1) and 6.1 of the United States Court of Federal Claims (RCFC), defendant United States respectfully requests a ten day enlargement of time, to and including August 23, 2007, to file a reply to plaintiff's opposition to our motion to dismiss the complaint. Our response is currently due on August 13, 2007, This is defendant's first request for an enlargement for this purpose. This brief extension is requested because Government counsel has been occupied with preparing for trial in Bell-BCI Company v. United States, 03-1613C, scheduled to begin on August 6, 2007. The trial was continued to October, however, counsel has still been required to continue preparations with the expert witness, and has been unable to devote sufficient time to prepare a thorough reply in the above-captioned matter, and to obtain the necessary supervisory review. On August 9, 2007, counsel for defendant spoke

with Robert K. Steinberg, counsel for the plaintiffs, who indicated that he does not oppose this motion.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Acting Director

MARK A. MELNICK
Assistant Director

/s/ Joan M. Stentiford
JOAN M. STENTIFORD
Trial Attorney
Commercial Litigation Branch
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street
Washington, D.C. 20530
Tele: (202) 616-0341
Fax: (202) 514-8624

August 9, 2007

Attorneys for Defendant

CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on this __9th__ day of August, 2007, the foregoing "DEFENDANT'S MOTION FOR AN ENLARGEMENT OF TIME", was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

__/s/ Joan M. Stentiford___
JOAN M. STENTIFORD