# In the United States Court of Federal Claims

**No. 06-898 C**

**GRIFFIN BROADBAND COMMUNICATIONS, INC.;**
**TOTAL TV OF FORT IRWIN, LLC,**

**JUDGMENT**

**v.**

**THE UNITED STATES**

Pursuant to the court's Published Memorandum Opinion and Order, filed November 19, 2007, granting defendant's motion to dismiss plaintiffs' complaint for failure to state a claim,

IT IS ORDERED AND ADJUDGED this date, pursuant to Rule 58, that the complaint is dismissed. No costs.

Brian Bishop
Clerk of Court

**November 20, 2007** By: s/Lisa L. Reyes

Deputy Clerk

NOTE: As to appeal, 60 days from this date, see RCFC 58.1, re number of copies and listing of all plaintiffs. Filing fee is $455.00.