Robert K. Steinberg, Esq.
The Law Offices of Robert K. Steinberg
12304 Santa Monica Boulevard
Third Floor
Los Angeles, California 90025-2558
Tel: (310) 447-1811
Fax: (310) 447-1815

Attorney for Griffin Broadband Communications, Inc. and Total TV of Fort Irwin, LLC

FILED
JAN 14 2008
U.S. COURT OF FEDERAL CLAIMS

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

CASE NO. 06-898 C

(Judge Christine O.C. Miller)

| | |
|---|---|
| GRIFFIN BROADBAND COMMUNICATIONS, INC.; TOTAL TV OF FORT IRWIN, LLC,<br><br>Plaintiffs,<br><br>vs.<br><br>THE UNITED STATES,<br><br>Defendant. | APPELLATE CASE NO.:<br><br>**NOTICE OF APPEAL TO THE UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT** |

Notice is hereby given that all Plaintiffs, Griffin Broadband Communications, Inc. and Total TV of Fort Irwin, LLC, in the above named case hereby appeal to the United States Court of Appeals for the Federal Circuit from the final judgment entered in this action on November 20, 2007.

Dated: January 9, 2008

LAW OFFICES OF ROBERT K. STEINBERG

Robert K. Steinberg, Esq.
Attorney for Plaintiffs and Appellants
12304 Santa Monica Boulevard
Third Floor
Los Angeles, California 90025-2558
Tel: (310) 447-1811
Fax: (310) 447-1815

**PROOF OF SERVICE**

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I work in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within action; my business address is 12304 Santa Monica Boulevard, Third Floor, Los Angeles, California 90025-2558.

On January 10, 2008, I served the within document described as: **NOTICE OF APPEAL TO THE UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT**, on the interested parties in this action, by placing XX a true copy thereof / __ the original thereof enclosed in a sealed enveloped addressed as follows:

Peter D. Keisler
Joan M. Stentiford
Department of Justice
Commercial Litigation Branch
Civil Division
Attn: Classification Unit, 8th Floor
1100 L. Street, N.W.
Washington, D.C. 20530

____ (BY MAIL) I am readily familiar with the firm's practice of collecting and processing correspondence for mailing with the United States Postal Service and that the documents are deposited with the United States Postal Service the same day as the day of the collection in the ordinary course of business. The sealed envelope and postage fully prepared was placed for collection and mailing on the above date following ordinary business practices.

XXX (FEDERAL ONLY) I declare that I work in the office who is a member of the bar of this court at whose direction the service was made.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on January 10, 2008, at Los Angeles, California.

Robert K. Steinberg